UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEANDRE MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00283-JPH-MJD |
| | ) |
| DANNY MITCHELL, WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON NOTICE OF SUGGESTION OF DEATH**

On May 13, 2025, Counsel for the Defendants filed a Notice of Suggestion of Death, stating that Plaintiff Deandre Moore passed away on or about May 9, 2025. Dkt. 70. Counsel then served the Notice of Suggestion of Death to Mr. Moore's next-of-kin in accordance with Rule 4 of the Federal Rules of Civil Procedure on May 28, 2025. Dkt. 75; *see* Fed. R. Civ. P. 25(a)(3).

Federal Rule of Civil Procedure 25(a) governs the procedure for substituting a party who dies after the commencement of a lawsuit. The rule provides as follows:

> **Substitution if the claim is not extinguished**. If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.
>
> **Continuation Among the Remaining Parties**. After a party's death, if the right sought to be enforced survives only to or against the remaining parties, the action does not abate, but proceeds in favor of or against the remaining parties. The death should be noted on the record.

1

>**Service**.  A motion to substitute, together with a notice of hearing, must be served on the parties as provided in Rule 5 and on nonparties as provided in Rule 4. A statement noting death must be served in the same manner. Service may be made in any judicial district.

Fed. R. Civ. P. 25(a).

In accordance with Rule 25(a), any motion to substitute Mr. Moore for a proper party may be filed no later than **90 DAYS FROM THE ISSUANCE OF THIS ORDER**.  Any objection by the Parties as to the adequacy of the Notice of Suggestion of Death at dkt. 70 for purposes of Rule 25(a) may be filed no later than **14 DAYS FROM ISSUANCE OF THIS ORDER**.

The **clerk is directed** to serve a copy of this Order to Mr. Moore's next-of-kin at the address in the distribution below.

**SO ORDERED.**

Date: 6/20/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Kimberly Moore
5241 S. Drexel Ave., Apt. G
Chicago, Illinois 60615

All ECF-registered counsel of record.